IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHNNY AND SUSAN KORGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 2:21-cv-2567-JWB-GEB |
| ) | |
| ESTATE OF EARL E. HANSEN, ) | |
| DECEASED, BY AND THROUGH ) | |
| DANIEL W. CRAMER, SPECIAL ) | |
| ADMINISTRATOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiffs, by and through counsel Jeffrey A. Wilson and Richard W. James of DeVaughn James Injury Lawyers, and in Response to Defendant's Motion to Dismiss and accompanying memorandum (Docs. 5 and 6) state:

**Introduction and Summary of the Response**

Defendant argues that Plaintiffs claim are time barred but ignores that all statutes of limitation in Kansas were extended by more than a year at the outset of the current COVID-19 pandemic. With the benefit of this tolling, Plaintiffs' claims are timely asserted.

**Argument and Authority**

There is no requirement that Plaintiff plead compliance with the applicable statute of limitation in this circumstance. *Tran v. County of Douglas*, No. 21-2310-KHV, 2021 WL 5505455 at *6, fn. 6 (D. Kan. November 24, 2021). Defendant's motion is based on K.S.A. 60-513(a)(4) proscribing a two-year statute of limitation for negligence actions in Kansas. However, Defendant

ignores that all statutes of limitation in Kansas were tolled on March 19, 2020 by Kansas Supreme Court Administrative Order 2020-PR-016 (Exhibit 1)[1], as amended by Kansas Supreme Court Administrative Order 2020-PR-32. *Fullen v. City of Salina*, No. 21-4010-JAR-TJJ, Doc. 28, 2021 WL 4476780 at *7 (D. Kan. Sept. 30, 2021) (finding that the tolling of Kansas' statutes of limitations as described above applied to toll § 1983 claims). The Court may take judicial notice of these orders without converting Defendant's motion to a motion for summary judgment under Fed. R. Civ. P. 12(b)(6). *Id*. at *2. Statutes of limitation did not resume in Kansas until April 15, 2021. *Id*. at *7; Kansas Supreme Court Administrative Order 2021-PR-20 (Exhibit 2). According to K.S.A. 20-172(d)(1), on April 15, 2021, Plaintiffs had "the same number of days to comply with [K.S.A. 60-513(a)(4)] as [Plaintiffs] had when the deadline or time limitation was extended or suspended." Plaintiffs' claims accrued at the time of the negligent act causing injury, or October 19, 2019. As of March 19, 2020, Plaintiffs had approximately 579 days remaining on the two-year statute of limitation for their claims. Therefore, Plaintiffs had approximately 579 days from April 15, 2021 to file their claims—making Plaintiffs' deadline to file the present suit approximately November 15, 2022. Given that the present lawsuit was filed well in advance of this deadline, Plaintiffs' claim are timely filed and Defendant's motion must be denied.

---

1 Order 2020-PR-16 was issued under the authority of then 2020 Senate Bill 102, which became K.S.A. 20-172 upon publication. K.S.A. 20-172(a) gives authority to the chief justice of the Kansas Supreme Court to issue such orders. The suspension of deadlines was made effective upon publication of Senate Bill 102, or March 19, 2020.

WHEREFORE, Plaintiffs prays that Defendant's motion be denied and for such other relief as the Court finds just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Jeffrey A. Wilson
Jeffrey A. Wilson, #26527
Richard W. James, #19822
32441 N. Toben
Wichita, KS 67226
[p] (316) 977-9999
[f] (316) 425-0414
jeffwilson@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 16, 2021, a true and correct copy of the above and foregoing document was served by e-filing which will send a notice of electronic filing to all counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-Kansas e-filing participants:   none.

DeVaughn James Injury Lawyers

By: /s/ Jeffrey A. Wilson
Jeffrey A. Wilson, #26527
Richard W. James, #19822
32441 N. Toben
Wichita, KS 67226
[p] (316) 977-9999
[f] (316) 425-0414
jeffwilson@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiffs*